Carlos MELGAR, Appellant,

v.

STATE of Missouri, Respondent.

WD 78129

Missouri Court of Appeals,
Western District.

ORDER FILED: December 15, 2015

Mark A. Grothoff, Columbia, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: Joseph M. Ellis, Presiding Judge, Karen King Mitchell, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

Carlos Melgar was convicted by a Pettis County jury of one count of first-degree assault, one count of armed criminal action, and one count of unlawful use of a weapon. Melgar's post-conviction motion argued that trial counsel was ineffective for failing to call a certain witness to testify on his behalf. Following an evidentiary hearing, Meglar's post-conviction motion was denied. We affirm. A memorandum explaining our decision has been provided to the parties. Rule 84.16(b).